UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDWARD LENGOWICZ, JR., JEAN B.
LENGOWICZ, his wife,

          Plaintiffs,

-vs-                                             Case No.  5:04-cv-200-Oc-10GRJ

UNITED STATES OF AMERICA,
VETERANS ADMINISTRATION, United
States,

          Defendants.
_____

## O R D E R

This is an action pursuant to 28 U.S.C. § 1346, *et seq.*, the Federal Tort Claims Act, in which the Plaintiffs, Edward Lengowicz and his wife, Jean Lengowicz, have sued the United States of America and the United States Veterans Administration for medical malpractice. The Defendants have moved to dismiss the Veterans Administration as a defendant to this action on the basis that only the United States is a proper defendant in a Federal Tort Claims Act suit (Doc. 9). The Plaintiffs concede that the Defendants are correct, and they do not oppose the dismissal of their claims against the Veterans Administration (Doc. 10).

Accordingly, the Defendants' motion to dismiss (Doc. 9) is GRANTED, and the Plaintiffs' claims against the United States Veterans Administration are DISMISSED with prejudice. The Plaintiffs' claims against the United States of America remain pending and are undisturbed by this Order.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 26th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Maurya McSheehy